| | | | |
|---|---|---|---|
| | **CIVIL MINUTES – GENERAL** | | **'O'** |
| Case No. | 2:17-cv-03888-CAS(AFM) | Date | May 24, 2017 |
| Title | SECURITIES AND EXCHANGE COMMISSION v. ANDREW T.E. COLDICUTT ET AL. | | |

| | | | |
|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | | |
| Catherine Jeang | Not Present | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| Not Present | | Not Present | |

**Proceedings:** (IN CHAMBERS) - RESPONDENTS' EX PARTE APPLICATION TO CONTINUE HEARING (Dkt. 9, filed May 23, 2017)

On May 4, 2017, the Securities and Exchange Commission ("SEC") filed an application for an order to show cause why an order compelling compliance with investigative subpoenas should not be issued. Dkt. 1. The SEC seeks to compel respondent Andrew T.E. Coldicutt and the Law Office of Andrew Coldicutt to produce an amended privilege log. Id.

On May 8, 2017, the Court issued an order to show cause ("OSC"), set a hearing date of June 5, 2017, and directed respondents to file an opposition no later than May 22, 2017. Dkt. 8.

Respondents failed to timely file their opposition. On May 23, 2017, respondents filed the instant ex parte application to continue the deadline for their opposition to June 15, 2017 and the hearing date to the week of July 3, 2017. Dkt. 9. On the same day, the SEC filed an opposition to respondents' application.

The Court continues the hearing on this matter from June 5, 2017 to June 12, 2017. Respondents shall file any papers in opposition to the OSC on or before May 31, 2017.

IT IS SO ORDERED.

| | | 00 | : | 00 |
|---|---|---|---|---|
| | Initials of Preparer | | CMJ | |