LYNN M. DEAN (Cal. Bar No. 205562)
Email: deanl@sec.gov
ROBERTO A. TERCERO (Cal. Bar No. 143760)
Email: terceror@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Director
Amy Jane Longo Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Applicant,<br><br>vs.<br><br>ANDREW T.E. COLDICUTT and LAW OFFICE OF ANDREW COLDICUTT,<br><br>Respondents. | Case No. 2:17-cv-03888-CAS (AFMx)<br><br>[~~PROPOSED~~] ORDER TO SHOW CAUSE WHY AN ORDER COMPELLING COMPLIANCE WITH INVESTIGATIVE SUBPOENAS SHOULD NOT BE ISSUED |

The Applicant, the Securities and Exchange Commission ("SEC"), having filed an Application for an Order to Show Cause and an Application for Order Compelling Compliance with Investigative Subpoenas against Respondents Andrew T.E. Coldicutt and the Law Office of Andrew Coldicutt (collectively, "Respondents"), the Court having considered the Application and documents filed in support thereof, and good cause having been shown, the Court being fully briefed in the matter, and there being no just cause for delay:

IT IS HEREBY ORDERED that the SEC's Application for an Order to Show Cause Why an Order Compelling Compliance with Investigative Subpoenas should not be issued is GRANTED.

IT IS HEREBY ORDERED that on July 31, 2017, at 10:00 a.m., or as soon thereafter as the parties can be heard, the Respondents shall appear before the Honorable Christina A. Snyder, United States District Court, in Courtroom 8D, 8th Floor, located at United States Courthouse, 350 West First Street, Los Angeles, California 90012-4565, to show cause, if there be any, why this Court should not issue an Order ("Order Compelling Compliance") that:

    a) finds that (1) Respondents have failed to comply with the Court's June 8, 2017 Order [Dkt. 15]; (2) Respondents have failed to meet their burden to establish that the documents responsive to the SEC's May 2016 investigative subpoenas that were withheld on the grounds that they are privileged were in fact privileged, and (3) that Respondents have therefore waived any such privilege; and

    b) directs the Respondents to produce without any further delay all documents responsive to the SEC's May 2016 investigative subpoenas that were withheld on the grounds that they are privileged.

IT IS FURTHER ORDERED that any papers in opposition to the issuance of said Order Compelling Compliance shall be filed by the Respondents with this Court and served on the SEC's Los Angeles Regional Office at 444 S. Flower Street, 9th

1 | Floor, Los Angeles, California 90071, such that they arrive no later than 5:00
2 | p.m. (PT), on July 17, 2017.

IT IS FURTHER ORDERED that any reply papers in support of the issuance of said Order Compelling Compliance shall be filed by the Respondents with this Court and served on the Respondents' counsel, Estevan R. Lucero, Lucero Law Firm APC, 3517 Camino Del Rio South, Suite 200, San Diego, CA 92108, such that they arrive no later than 5:00 p.m. (PT), on July 24, 2017.

IT IS FURTHER ORDERED that service of this Order to Show Cause, and any papers in opposition to the issuance of said Order, or any reply papers, may be accomplished by electronic mail, facsimile, United Parcel Service or personal service.

Dated: \_\_\_\_July 7\_\_\_, 2017

*/s/ Christina A. Snyder*

HON. CHRISTINA A. SNYDER
U.S. DISTRICT COURT JUDGE